JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY RABKIN (CABN 189798)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7234
    E-Mail: jeffrey.rabkin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-977 (SI) |
| Plaintiff, | |
| v. | STIPULATION RE: ORDER OF FORFEITURE AND ENTRY OF FORFEITURE JUDGMENT |
| MICHAEL CHOU, | (UNDER SEAL) |
| Defendant. | |

    The United States of America, by and through Assistant United States Attorney Jeffrey Rabkin, and defendant MICHAEL CHOU, by and through his counsel David Andersen, Esq., hereby stipulate and agree to the following:

    1.    On October 7, 2009, the United States filed an Information charging defendant Michael Chou with wire fraud conspiracy in violation of Title 18, United States Code, Section 1349 (the "Information"). The Information also sought criminal forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

    2.    On October 30, 2009, defendant Michael Chou pled guilty to the Information.

    3.    As set forth in Paragraphs 8 through 11 of the plea agreement, defendant Michael Chou agreed to forfeit to the United States $360,800, an amount that represents the value of the proceeds defendant Michael Chou earned from the wire fraud conspiracy, in violation of Title

18, United States Code, Section 1349.

4. Accordingly, as a result of the conviction of the offense set forth above, and pursuant to Rule 32.2(b) of the Federal Rule of Criminal Procedures and Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, the parties stipulate that the Court should enter a money judgment against defendant Michael Chou in the amount of $360,800.

5. Defendant Michael Chou agrees that the terms of this stipulation and order shall be part of his sentence.

6. All payments made in satisfaction of this money judgment shall be made by certified or bank check, payable to the "United States Marshals Service" and sent by overnight delivery to Assistant United States Attorney David Countryman, United States Attorney's Office, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, with the criminal docket number noted on the face of the check.

7. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Order of Forfeiture is final as to the defendant and shall be made part of his sentence and included in the judgment.

8. The parties stipulate that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: 10/30/9

JEFFREY RABKIN
Assistant United States Attorney

Dated: 10/30/09

David Andersen, Esq.
Attorney for Defendant

Dated: 10/30/09

MICHAEL CHOU
Defendant

STIPULATION RE: ORDER OF FORFEITURE AND
ENTRY OF FORFEITURE JUDGMENT

2

## ORDER

Based on the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Criminal Procedure 32.2(b) and Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, defendant Michael Chou is hereby ordered to pay a forfeiture money judgment in the amount of $360,800.

2. All payments made in satisfaction of this money judgment shall be made by certified or bank check, payable to the "United States Marshals Service" and sent by overnight delivery to Assistant United States Attorney David Countryman, United States Attorney's Office, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, with the criminal docket number noted on the face of the check.

3. The terms of this stipulation and order shall be imposed as part of defendant Michael Chou's sentence.

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture is final as to the defendant and shall be made part of the sentence and included in the judgment.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Federal Rules of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated: 10/30/09

Hon. Susan Illston
United States District Judge