1  DAVID L. ANDERSEN (S.B. NO. 50010)
   ANDERSEN & ZIMMER
2  385 GRAND AVENUE, SUITE 300
   OAKLAND, CA 94610
3  (510)835-4952 FAX (510)835-4958

4  ATTORNEY FOR DEFENDANT MICHAEL CHOU

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | Action No.   CR 09-0977 SI |
| Plaintiff, | **ORDER MODIFYING AND EXTENDING SELF SURRENDER DATE** |
| v. | |
| MICHAEL CHOU | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's self surrender date, previously set for July 30, 2010, is vacated. The defendant's self surrender date is reset to October 29, 2010, prior to 2:00 p.m.

This matter is continued for a status conference regarding self surrender until September 3, 2010, at 11:00 a.m.

DATED: July 20, 2010

_____
Hon. Susan Y. Illston
United States District Court
Northern District of California

Approved as to Form:

DATED: July 19, 2010

_____
Jeffrey Rabkin
Assistant United States Attorney